IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CURRY, et al.,<br><br>　　　　Defendants. | No. 2:17-CV-0343-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) defendants' motion for an extension of time to file a dispositive motion (ECF No. 33); and (2)) plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment (ECF No. 36). Neither motion is opposed.

Good cause appearing therefore, the parties' motions will be granted. Defendants' motion for summary judgment, filed on November 8, 2019, will be deemed timely. Plaintiff's opposition thereto, filed on December 5, 2019, will also be deemed timely. Defendants have filed a reply and the fully briefed motion for summary judgment stands submitted and will be addressed by separate findings and recommendations.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 33) is granted;
2. Defendants' motion for summary judgment, filed on November 8, 2019, is deemed timely;
3. Plaintiff's motion for an extension of time (ECF No. 36) is granted; and
4. Plaintiff's opposition, filed on December 5, 2019, is deemed timely.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE