**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL ALEM,<br><br>            Plaintiff,<br><br>     v.<br><br>M. CURRY, et al.,<br><br>            Defendants. | No. 2:17-CV-0343-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a motion for an extension of time (ECF No. 42) to file objections to the Court's May 6, 2020 findings and recommendations. Good cause appearing therefor, the request is granted. Plaintiff may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1