1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DANIEL ALEM,                               No.  2:17-CV-0343-KJM-DMC-P

12                    Plaintiff,

13            v.                                  ORDER

14    M. CURRY, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court is Plaintiff's motion, ECF No. 55, for an extension

19    of time to file a status report.   Good cause appearing therefor, Plaintiff's motion is granted.

20    Plaintiff shall file a status report consistent with the Court's September 24, 2021, order within 30

21    days of the date of this order.

22            IT IS SO ORDERED.

23    Dated:  October 1, 2021

24                                               _____
                                                 DENNIS M. COTA
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                   1