IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ALEM,** | Case No. 2:17-CV-00343 KJM DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Curry's motion for a thirty-day extension of time in which to file a status report is **GRANTED**. Defendant Curry shall file his status report on or before December 15, 2021.

**IT IS SO ORDERED.**

Dated: November 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE