IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ALEM,** | Case No. 2:17-CV-00343 KJM DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Good cause appearing based on defense counsel's declaration indicating a missed deadline due to supervisory obligations on other matters, Defendant Curry's request for a fourteen-day extension of time nunc pro tunc to March 30, 2022, in which to file his pretrial statement is granted.  Defendant shall file his pretrial statement on or before April 13, 2022.

IT IS SO ORDERED.

Dated:  April 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE