IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. CURRY,<br><br>　　　　Defendant. | No. 2:17-CV-0343-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 69, for issuance of blank subpoena forms for the attendance of witnesses at trial. Good cause appearing therefor, Plaintiff's request is granted. The Clerk of the Court is directed to issue and send to Plaintiff five blank subpoena forms for trial witnesses. The Clerk of the Court is also directed to terminate ECF No. 69 as a pending motion.

　　　　By separate pre-trial order, the Court will set a date for commence of a jury trial before the District Judge.

　　　　IT IS SO ORDERED.

ated: March 24, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE